UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-73 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| ROMIE LE'MON TURNER, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Turner*, case no. 2:16-cr-00073-JCM-CWH-1.  Romie Le'mon Turner ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 43).  The court has examined the motion, which alleges relief due to *Rehaif v. United States*, 139 S. Ct. 2191 (2019).  *Id.*

The United States of America ("respondent") shall file a response within 21 days from the date of this order.  Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 43) no later than 21 days from the date of this order.  Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-01090-JCM.

DATED June 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge